# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Rusty Sanders, et. al v. 3M Company, et. al*; Case No. 3:19-cv-03079-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## PLAINTIFFS' OBJECTIONS TO PRETRIAL ORDER NO. 18 – ORDER GOVERNING INITIAL CENSUS REQUIREMENTS FOR FILED CASES

1. Because a remand motion has been filed, and this Court "is powerless to act without jurisdiction," it should "inquire into whether it has subject matter jurisdiction at the earliest possible stage in the proceedings." *Univ. of S. Alabama v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999). Only after it determines whether it has subject matter jurisdiction over these Plaintiffs' suit should the Court issue discovery orders concerning the Plaintiffs' claims. Thus, because this Court lacks subject matter jurisdiction over this case, it should—*prior to issuing census or other discovery related-orders*—rule on whether this case should be remanded back to state court. *See id.* at 411.

2. Each Plaintiff that is the subject of this Objection has filed a Motion to Remand his or her case to Minnesota state court. This Court has not yet ruled on Plaintiffs' Motions to Remand. Principles of comity suggest this Court should

determine whether it has subject matter jurisdiction over these claims prior to issuing any census or discovery-related orders. Since this Court has not yet done so, it lacks subject matter jurisdiction issue such orders and deadlines. If it does not, the Court should remand the case, and allow Minnesota state court judges to decide census issues.

Dated:  November 12, 2019

Respectfully submitted,
**WATTS GUERRA LLP**

By:   s/ *Mikal C. Watts*
Mikal C. Watts
Francisco Guerra IV
Erin Rogiers
5726 W. Hausman Rd., Suite 119
San Antonio, Texas 78249
Telephone:  (210) 448-0500
Facsimile:   (210) 448-0501
Email:  mcwatts@wattsguerra.com
fguerra@wattsguerra.com
erogiers@wattsguerra.com

**Minnesota State Court Counsel**:
Lewis A. Remele, Jr. (MN #90724)
Aram V. Desteian (MN #396021)
Casey D. Marshall (MN #395512)
Sheri L Stewart (MN #400254)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:  (612) 333-3000
Facsimile:    (612) 333-8829
Email:  lremele@bassford.com
adesteian@bassford.com
cmarshall@bassford.com
sstewart@bassford.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed on November 12, 2019, using the Court's electronic filing system which sent notification to all attorneys of record.

*/s/ Mikal C. Watts*
Mikal C. Watts